NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Sean David Morton, Pro SE
Melissa Morton, Pro SE
2207 Hermosa Avenue
Hermosa Beach, CA 90254
310-374-6039

ATTORNEYS FOR: PRO SE

FILED
2009 MAR 18 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Sean David Morton and Melissa Morton
Plaintiff(s),

Bennett Ellenbogen, Tim Johnson, Eric Holder, Jr., Attorney General of the United States, Thomas P. O'Brien, U.S. Attorney for the Central District of California, and other unknown federal employees
Defendant(s).

CASE NUMBER: CV09 1875-PA (JCx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Sean David Morton and Melissa Morton (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| Bennett Ellenbogen | Sr. Counsel for S.E.C. |
| Tim Johnson | Sr. Counsel for S.E.C. |
| Eric Holder, Jr. | Attorney General for U.S. |
| Thomas P. O'Brien | US Attorney for Central District of California |
| Securities & Exchange Comm. | U.S. Fed. Regulatory Agency. |

March 18, 2009
Date

Sign: Melissa A. Morton / Sean David Morton

Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)

Dockets.Justia.com