IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DAVID MORTON, ) | Civil Action No. CV09-1875 PA(JCx) |
| MELISSA MORTON, ) | |
| Plaintiffs, ) | |
| vs. ) | FILED |
| ) | CLERK, U.S. DISTRICT COURT |
| BENNETT ELLENBOGEN, TIM ) | |
| JOHNSON, ERIC HOLDER, Jr., ) | MAR 2 3 2009 |
| Attorney General of the United States, ) | |
| THOMAS P. O'BRIEN, U.S. Attorney ) | CENTRAL DISTRICT OF CALIFORNIA |
| For the Central District of California, ) | BY       DEPUTY |
| And other unknown federal employees, ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this  18th  day of March 2009, placed a true and exact copy of the

### COMPLAINT

and Summons in the U. S. Mails, certified mail, return receipt addressed to:

Civil Process Clerk
U.S. Attorney's Office
Central District of California
312 North Spring Street, Suite 1200
Los Angeles, CA  90012

**Certified Mail Receipt No.**
7008 1140 0001 8768 8645

Bennett Ellenbogen
U.S. SEC, NY Regional Office
3 World Financial Center, Room 400
New York, NY  10281-1022

**Certified Mail Receipt No.**
7008 1140 0001 8768 8652

Thomas P. O'Brien
U.S. Attorney, Central District of California
312 North Spring Street, Suite 1200
Los Angeles, CA  90012

**Certified Mail Receipt No.**
7008 1140 0001 8768 8669

Eric Holder, Jr.
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**Certified Mail Receipt No.**
7008 1140 0001 8768 8676

Tim Johnson
U.S. SEC, NY Regional Office
3 World Financial Center, Room 400
New York, NY  10281-1022

**Certified Mail Receipt No.**
7008 1140 0001 8768 8683

_Sean David Morton_ (signature)

Sean David Morton
2207 Hermosa Avenue
Hermosa Beach, CA  90254

Dockets.Justia.com