Sean David Morton
Melissa Morton
2207 Hermosa Avenue
Hermosa Beach, CA 90254
(310) 374-6039

Plaintiffs, Pro se

FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SEAN DAVID MORTON,<br>MELISSA MORTON,<br><br>    Plaintiffs,<br><br>vs.<br><br>BENNETT ELLENBOGEN,<br>TIM JOHNSON,<br>ERIC HOLDER, Jr.,<br>Attorney General of the United States,<br>THOMAS P. O'BRIEN, U.S. Attorney<br>For the Central District of California,<br>And other unknown federal employees,<br><br>    Defendants. | Civil Action No. 09-1875-PA (JCX)<br><br>NOTICE OF APPEAL |

COME the Plaintiffs in the above-entitled action, Sean David Morton and Melissa Morton, and hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment issued by the District Court in the above action June 15, 2009.

Respectfully submitted,

Dated: June 26, 2009

*[signature]*
Sean David Morton, Pro se
2207 Hermosa Avenue
Hermosa Beach, CA 90254
(310) 374-6039

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

1

1  Dated: June 26, 2009

Melissa Morton, Pro se
2207 Hermosa Avenue
Hermosa Beach, CA 90254
(310) 374-6039

## CERTIFICATE OF SERVICE

I, Stephen-Jeffrey: Sallus, am over twenty-one (21) years of age and not a party to the within action. I hereby certify, declare, or otherwise affirm that I have caused to be served an original/true and correct copy of:

**ORIGINAL**: NOTICE OF APPEAL (2 pages)

CERTIFICATE OF SERVICE (1 page)

A total of three pages (3) with the below mailings.

To the following party(ies):

> Leon W. Weidman
> Chief Civil Division
> Assistant United States Attorney
> Room 7516, Federal Building
> 300 North Los Angeles Street
> Los Angeles, CA  90012
>
> Richard M. Park
> Assistant United States Attorney
> Room 7516, Federal Building
> 300 North Los Angeles Street
> Los Angeles, CA  90012

Said service was made by Federal Express, postage prepaid, and sent to the above addresses via United States Post Office on this 26 day of June, 2009.

*[signature]*
Stephen-Jeffrey: Sallus
c/o 2878 Via Victoria
Palos Verdes, CA  near [90254]

Sean-David: Morton
c/o 2207 Hermosa Avenue
Hermosa Beach, CA 90254

JUN 29 2009

FIRST CLASS

U.S. District Court Central Dist. of
California, Western Division
Clerks Office
312 N. Spring Street
Los Angeles, CA 90012


