UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Morton et al v. Bennett Ellenbogen et al
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name Central California, L.A., Hon. Percy Anderson
Criminal and/or Civil Case No. 2:09-cv-01875-PA-JC
Date Complaint/Indictment/Petition Filed: 03/18/2009
Date Appealed order/judgment *entered*: 06/17/2009
Date NOA *filed*: 06/29/2009
Date(s) of Indictment _____  Plea Hearing _____  Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____                Date Docket Fee Billed: 7/6/09
Date FP granted: _____                     Date FP denied: _____
Is FP pending? ☐ yes  ☐ no                  Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                          Appellee Counsel:

Sean David Morton and Melissa Morton        Richard M. Park
2207 Hermosa Avenue                         AUSA - Office of US Attorney
Hemosa Beach, CA 90254                      300 North Los Angeles Street Suite 7516
310-374-6039                                Los Angeles, CA 90012
                                            213-894-3275

☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other _____   *Please a*

**DEFENDANT INFORMATION**
Prisoner ID _____                          Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid 7-2-09                       9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Renton ~~C. REYES~~
213 894-3570

A-8 (08/02) (CA9-014)        NOTICE OF APPEAL NOTIFICATION FORM

```
CLERK'S OFFICE U.S.D.C.
       LOS ANGELES
7/2/2009 8:14:43 AM  Receipt #: 726
        Cashier : CMAH [LA 8-1]
Paid by: SEAN MORTON
2:CV09-01875
2009-086900         Appeals Filing Fees(1)
Amount :                          $105.00

2:CV09-01875
2009-510000 Judicial Services ($150.00)(1
                                        )
Amount :                          $150.00

2:CV09-01875
2009-086400 Appeals Filing fee - Special(
                                        1)
Amount :                          $200.00
---------------------------------------
M.O. Payment : P3843 /           455.00
---------------------------------------
Total Payment :                  455.00
```