UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 09 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| SEAN DAVID MORTON; MELISSA MORTON,<br><br>          Plaintiffs - Appellants,<br><br>v.<br><br>BENNETT ELLENBOGEN; et al.,<br><br>          Defendants - Appellees. | No. 09-56041<br><br>D.C. No. 2:09-cv-01875-PA-JC<br>Central District of California, Los Angeles<br><br>**ORDER** |



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

A review of the record demonstrates that this appeal may be appropriate for summary disposition because the questions on which the decision in the appeal depends may be so insubstantial as not to justify further proceedings. *See* 9th Cir. R. 3-6. Within 21 days from entry of this order, appellants' shall show cause why the judgment in this appeal should not be summarily affirmed. Appellees may file a reply to appellants' response within ten days from service of the response. Appellants' failure to comply with this order shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. 9th Cir. R. 42-1.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Joe Williams
Deputy Clerk

Dockets.Justia.com