**FILED**

UNITED STATES COURT OF APPEALS

SEP 15 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEAN DAVID MORTON; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>BENNETT ELLENBOGEN; et al.,<br><br>Defendants - Appellees. | No. 09-56041<br><br>D.C. No. 2:09-cv-01875-PA-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before: PREGERSON, TASHIMA and N.R. SMITH, Circuit Judges.

A review of the record and the response to the July 9, 2009 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

SVG/Pro Se