UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 07 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| SEAN DAVID MORTON; MELISSA MORTON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>BENNETT ELLENBOGEN; TIM JOHNSON, Erroneously Sued as Stephen Johnson; ERIC H. HOLDER, Jr., Attorney General, Attorney General of the United States; THOMAS P. O'BRIEN, U.S. Attorney for the Central District of California, and other unknown federal employees,<br><br>Defendants - Appellees. | No. 09-56041<br>D.C. No. 2:09-cv-01875-PA-JC<br>Central District of California, Los Angeles<br><br>**MANDATE**<br><br> |

The judgment of this Court, entered 09/15/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/s/
By: Theresa Benitez
Deputy Clerk

Dockets.Justia.com

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 15 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEAN DAVID MORTON; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>BENNETT ELLENBOGEN; et al.,<br><br>Defendants - Appellees. | No. 09-56041<br><br>D.C. No. 2:09-cv-01875-PA-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: PREGERSON, TASHIMA and N.R. SMITH, Circuit Judges.

A review of the record and the response to the July 9, 2009 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

SVG/Pro Se